**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-02628-WJM

IRON WORKERS MID-SOUTH PENSION FUND, Derivatively on behalf of DISH NETWORK CORPORATION,

    Plaintiff,

v.

CHARLES W. ERGEN,
JAMES DEFRANCO,
CANTEY M. ERGEN,
JOSEPH P. CLAYTON,
STEVEN F. GOODBARN,
TOM A. ORTOLF,
DAVID K. MOSKOWITZ, and
CARL E. VOGEL,

    Defendants.

    and

DISH NETWORK CORPORATION, a Nevada corporation,

    Nominal Defendant

---

**ORDER GRANTING MOTION TO DISMISS**

---

This matter comes before the Court on the Plaintiffs' Motion to Dismiss filed October 11, 2013 (ECF No. 6).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiffs' Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITHOUT PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.


Dated this 11th day of October, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge